

# COURT OF CRIMINAL APPEALS

## MANDATE RECEIPT ACKNOWLEDGEMENT

Case Number PD-0051-14

TAYLOR, HENRY JR.

COA No. 06-13-00078-CR   Tr. Ct. No. 40623-B

Gregg County, 124th District Court

Pursuant to Rule 51.2(a)(1) T.R.A.P, I, _____,

hereby acknowledge receipt of the mandate of the Court of Criminal

Appeals on ___/- 9-/5___ in the above numbered and styled case.

**PLEASE RETURN UPON RECEIPT**

ATTN: ABEL ACOSTA

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk